**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**
**ERIE DIVISION**

**DAYONNA BRACE and**
**DANIELLE JONES,**

*Individually and on Behalf of All Others Similarly Situated,*

Plaintiffs,

v.

**PARTNERS TAVERN, INC.**
**d/b/a PARTNERS GENTLEMEN'S CLUB,**

Defendant.

Case No.: __________

**CLASS ACTION AND COLLECTIVE ACTION COMPLAINT**

## PRAECIPE TO ISSUE SUMMONS

To the Clerk, United States District Court for the Western District of Pennsylvania:

Kindly issue a summons in the above case to the Defendant, Partners Tavern, Inc.

Respectfully submitted,

Timothy D. McNair, Esq.
Pa. ID#34304
821 State Street
Erie, PA 16501
(814) 452-0700
(814) 454-2371
tmcnair@mcnairlaw.com