**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

DAYONNA BRACE and DANIELLE JONES,

*Individually and on Behalf of All Others Similarly Situated,*

vs.

PARTNERS TAVERN, INC. d/b/a PARTNERS GENTLEMEN'S CLUB,

Civil Action No. 1:26-cv-00297-SPB

**MOTION FOR ADMISSION *PRO HAC VICE* OF GREGG C. GREENBERG**

Gregg C. Greenberg, undersigned counsel for Plaintiff Dayonna Brace & Danielle Jones, hereby moves that Gregg C. Greenberg be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiff Dayonna Brace & Danielle Jones in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hae Vice of Gregg C. Greenberg filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Dated: 10/27/2026

Respectfully submitted,

*/s/ Gregg C. Greenberg*

Gregg C. Greenberg, Esquire
(Client Protection Fund #: 0712110314)
Zipin, Amster & Greenberg, LLC
8757 Georgia Avenue, Suite 400
Silver Spring, Maryland 20910
Phone: 301-587-9373
Email: ggreenberg@zagfirm.com

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| DAYONNA BRACE and DANIELLE JONES, | ) |
| *Individually and on Behalf of All Others Similarly Situated,* | ) Civil Action No. 1:26-cv-00297-SPB |
| vs. | ) |
| PARTNERS TAVERN, INC. d/b/a PARTNERS GENTLEMEN'S CLUB, | ) |

**AFFIDAVIT OF JOHN V. MATSON IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE***

I, Gregg C. Greenberg, make this affidavit in support of the motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Plaintiff Dayonna Brace & Danielle Jones in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hae Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Gregg C. Greenberg, being duly sworn, do hereby depose and say as follows:

1. I am a Partner of the law firm Zipin, Amster & Greenberg, LLC
2. My business address is 8757 Georgia Ave #400, Silver Spring, MD 20910.
3. I am a member in good standing of the bars of the State of Maryland, Commonwealth of Virginia, and the District of Columbia.
4. My Maryland bar identification number is 0712110314.
5. A current certificate of good standing from <u>the State of Maryland</u> is attached to this Affidavit as Exhibit A.
6. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.
7. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania

8. Based upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter. I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: *10/27/2026*

*/s/ Gregg C. Greenberg*
*Gregg C. Greenberg*