**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| DAYONA BRACE and DANIELLE JONES,<br><br>Plaintiff,<br><br>v.<br><br>PARTNERS TAVERN, INC. d/b/a PARTNERS GENTLEMEN'S CLUB,<br><br>Defendant. | ) | Case No.: 1:26-cv-00297-SPB<br><br>Judge: Susan Paradise Baxter<br><br>**ORDER** |

NOW, TO WIT this _____ day of __________________, 2026, upon consideration of the Motion of attorney Gregg C. Greenberg, Esq. for admission Pro Hac Vice to make appearance before this court on behalf of the Plaintiffs, said Motion shall be and is hereby GRANTED. Gregg C. Greenberg is hereby granted permission to appear in the above-captioned matter as counsel pro hac vice for the Plaintiffs.

**SO ORDERED.**

_______________________________
Susan Paradise Baxter, U.S.D.J.